■ FRANCES SWINICK, Appellant, v. CITY OF NEW YORK DEPARTMENT OF SOCIAL SERVICES et al., Respondents.— Order entered on November 7, 1969, unanimously affirmed, without costs and without disbursements. The appeal from the order of the Supreme Court, New York County, entered on November 24, 1969, is dismissed as nonappealable. No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Nunez and McNally, JJ.

■ In the Matter of ANTHONY P. GALLO.— Motion to compel respondent to promptly comply with the provisions of section 603.14 (formerly Special Rule XIV) of the Rules of the Appellate Division, First Judicial Department (22 NYCRR 603.14), granted. Concur — Stevens, P. J., Nunez, McNally, Steuer and Tilzer, JJ.

## (May 19, 1970)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL WILLIAMS, Appellant.— Appeal from order entered on November 19, 1968, unanimously dismissed as moot. No opinion. Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Steuer, JJ.